# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159646(51)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

DANNY D. AULD, II, and TAMARA
AULD,
　　　　　Plaintiffs-Appellees,

v

MCLAREN REGIONAL MEDICAL CENTER,
GJON G. DUSHAJ, MD, and PAUL W.
BROWN, DO,
　　　　　Defendants-Appellants,
and

HATEM ATAYA, MD, and HATEM M.
ATAYA, MD, PC,
　　　　　Defendants.
_____/

SC: 159646
COA: 341335
Genesee CC: 13-101457-NH

On order of the Chief Justice, the motion of defendants-appellants to extend the time for filing their reply is GRANTED. The reply will be accepted as timely filed if submitted on or before September 24, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2019 _____



Clerk